**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

MARK J. ABRAMS,
            *Plaintiff-Appellant,*

v.

CITY OF RANCHO PALOS VERDES, a
Municipality; CITY OF RANCHO
PALOS VERDES CITY COUNCIL,
            *Defendants-Appellees,*

and

FRANK LYON; JON CARTWRIGHT;
THOMAS LONG; CRAIG MUELLER;
THEODORE PAULSON; DONALD
VANNORSDALL; JOHN McTAGGART;
DOUGLAS W. STERN; LEE BYRD;
BARBARA FERRARO; MARILYN LYON;
and LARRY CLARK,
            *Defendants.*

No. 02-55681

D.C. No.
CV-00-09071-SVW

ORDER

On Remand from the United States Supreme Court

Filed May 5, 2005

Before: Alex Kozinski and Thomas G. Nelson,
Circuit Judges, and Jane A. Restani,* Judge.

---

*The Honorable Jane A. Restani, Chief Judge, United States Court of
International Trade, sitting by designation.

4863

## ORDER

The judgment of this court, *Abrams v. City of Rancho Palos Verdes*, 354 F.3d 1094 (9th Cir. 2004), was reversed and the case remanded for further proceedings consistent with the decision of the Supreme Court of the United States. ___ U.S. ___, 125 S.Ct. 1453 (2005).

The judgment of the district court is AFFIRMED. Costs to Appellees.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.